Shearn, JJ.; Shearn, J., dissented in so far as the judgment disallowed claim for $450 repairs to billiard room.

UNITED STATES WOOD PRESERVING COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GORDON R. MCALLISTER, Respondent, v. ISAAC KRULEWITCH, Impleaded with EMANUEL M. KRULEWITCH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LOUIS M. SHEAR, as Administrator, etc., Respondent, v. S. LIEBMANN'S SONS BREWING COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $2,500; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin Dowling, Smith and Shearn, JJ.; Shearn, J., dissented and voted for affirmance.

SARANAC LAND AND TIMBER COMPANY, Appellant, v. JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent. (Actions Nos. 1 and 2.) — Orders modified by allowing costs of last reference to plaintiff, and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Page, Davis and Shearn, JJ. (See 182 App. Div. 905.)

SARANAC LAND AND TIMBER COMPANY, Respondent, v. JAMES A. ROBERTS, as Comptroller of the State of New York, Appellant. (Actions Nos. 1 and 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Davis and Shearn, JJ. (See 182 App. Div. 905.)

SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS, as Comptroller of the State of New York.— Motion denied. Present — Clarke, P. J., Laughlin, Page, Davis and Shearn, JJ.

---

## SECOND DEPARTMENT, MARCH, 1918.

THOMAS TULLY, Respondent, v. CRANFORD COMPANY, Appellant.

*Negligence — highway — liability of contractor building subway — master and servant.*

Reargument of an· appeal by the defendant from a judgment of the Supreme Court, entered in the office of the clerk of the county of Kings on the 16th day of March, 1917, in favor of the plaintiff, and also from an order entered on the 28th day of March, 1917, denying its motion for a new trial. (See 181 App. Div. 898.)